# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Stanley Charles Amey Sr. aka Stan C. Amey aka Stanley Charles Amey | **BK NO. 20-03217 HWV** |
| Debtor(s) | **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of U.S. Bank Trust National Association, as Trustee of CVI LCF Mortgage Loan Trust I, by its servicer NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

Respectfully submitted,



Rebecca Solarz
23 Feb 2021, 15:25:39, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322