United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 20-03217-HWV
Stanley Charles Amey, Sr.
    Debtor
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 26, 2021     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

**Recip ID**     **Recipient Name and Address**
\+     Christine M. Amey, 40 South 3rd Street, Steelton, PA 17113-2308

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Charles J DeHart, III (Trustee)
    TWecf@pamd13trustee.com

Gary J Imblum
    on behalf of Debtor 1 Stanley Charles Amey Sr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

James Randolph Wood
    on behalf of Creditor Steelton-Highspire School District and Borough of Steelton jwood@portnoffonline.com jwood@ecf.inforuptcy.com

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of CVI LCF Mortgage Loan Trust I, by its servicer NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

Ryan T Gonder
    on behalf of Creditor Dauphin County Tax Claim Bureau rgonder@dauphinc.org

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stanley Charles Amey Sr. aka Stan C. Amey aka Stanley Charles Amey <br>     Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust National Association, as Trustee of CVI LCF Mortgage Loan Trust I, by its servicer NewRez LLC d/b/a Shellpoint Mortgage Servicing <br>     Movant <br> vs. | NO. 20-03217 HWV |
| Stanley Charles Amey Sr. aka Stan C. Amey aka Stanley Charles Amey <br>     Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq. <br>     Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: April 26, 2021

By the Court,

_Henry W. Van Eck_ (signature)
Henry W. Van Eck, Chief Bankruptcy Judge (CD)