# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

June 9, 2021

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Stanley Amey
Chapter 13 Bankruptcy Case No. 1-20-03217

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

PHELAN HALLINAN DIAMOND & JONES LLP
PMB SSS ACQUISITION
PO BOX 8990
TURNERSVILLE NJ 08012-8990

The Creditor's <u>previous</u> address was as follows:

PHELAN HALLINAN DIAMOND & JONES LLP
1617 JOHN F KENNEDY BOULEVARD
SUITE 1400
PHILADELPHIA PA 19103-1814

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm