# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stanley Charles Amey Sr.,
aka Stan C. Amey, aka Stanley Charles Amey,

Chapter      13

**Debtor 1**

Case No.      1:20−bk−03217−HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on May 27, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: August 12, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

orcnfpln(05/18)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

STANLEY CHARLES AMEY, SR A/K/A STAN C
AMEY A/K/A STANLEY CHARLES AMEY

CASE NO: 1:20-bk-03217 HWV

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
Judge: Honorable Henry W. Van Eck

On 8/12/2021, I did cause a copy of the following documents, described below,

Order Confirming Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/12/2021

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices, P.C.
4615 Derry St
Harrisburg, PA  17111
717 238 5250

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

STANLEY CHARLES AMEY, SR A/K/A STAN C
AMEY A/K/A STANLEY CHARLES AMEY

CASE NO: 1:20-bk-03217 HWV

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
Judge: Honorable Henry W. Van Eck

On 8/12/2021, a copy of the following documents, described below,

Order Confirming Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/12/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry St
Harrisburg, PA 17111

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-20-BK-03217-HWV
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
THU AUG 12 11-52-23 EDT 2021

ATT DIRECTV
CO ENHANCED RECOVERY CORP
8014 BAYBERRY ROAD
JACKSONVILLE FL 32256-7412

ATT MOBILITY II LLC
ATT SERVICES INC
KAREN A CAVAGNARO PARALEGAL
ONE ATT WAY SUITE 3A104
BEDMINSTER NJ 07921-2693

DEBTOR
STANLEY CHARLES AMEY SR
40 SOUTH 3RD STREET
STEELTON PA 17113-2308

AMERICAN FIRST FINANCE
CO BECKET AND LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

AMERICAN FIRST FINANCE
ATTN BANKRUPTCY
PO BOX 565848
DALLAS TX 75356-5848

BOROUGH OF STEELTON
CO JAMES R WOOD ESQUIRE
2700 HORIZON DRIVE SUITE 100
KING OF PRUSSIA PA 19406-2726

BOROUGH OF STEELTON
CO PORTNOFF LAW ASSOCIATES LTD
PO BOX 3020
NORRISTOWN PA 19404-3020

CONSUMER PORTFOLIO SERVICES
CO JEFFERSON CAPITAL SYSTEMS LLC
16 MCLELAND ROAD
SAINT CLOUD MN 56303-2198

CREDIT ACCEPTANCE
25505 WEST 12 MILE ROAD
SUITE 3000
SOUTHFIELD MI 48034-8331

DAUPHIN COUNTY TAX CLAIM BUREAU
PO BOX 1295
2 SOUTH SECOND STREET
HARRISBURG PA 17101-2047

DAUPHIN COUNTY TAX CLAIM BUREAU
2 SOUTH SECOND STREET
HARRISBURG PA 17101-2047

DIRECTV LLC
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 5072
CAROL STREAM IL 60197-5072

RYAN T GONDER
DAUPHIN COUNTY ADMIN BUILDING
2 SOUTH SECOND STREET PO BOX 1295
HARRISBURG PA 17101-2047

~~EXCLUDE~~
~~GARY J IMBLUM~~
~~IMBLUM LAW OFFICES PC~~
~~4615 DERRY STREET~~
~~HARRISBURG PA 17111-2660~~

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA PA 19101-7346

JAY  LINDA AMEY
42 SOUTH THIRD STREET
STEELTON PA 17113-2308

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

LISA M BROWN
37 SOUTH SECOND STREET
STEELTON PA 17113-2304

PA DEPT OF REVENUE
ATTN BANKRUPTCY DIVISION
DEPT 280946
HARRISBURG PA 17128-0946

PHELAN HALLINAN DIAMOND  JONES LLP
PMB SSS ACQUISITION
PO BOX 8990
TURNERSVILLE NJ 08012-8990

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

PENNSYLVANIA AMERICAN WATER
PO BOX 371412
PITTSBURGH PA 15250-7412

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

PORTNOFF LAW ASSOCIATES LTD
2700 HORIZON DRIVE SUITE 100
KING OF PRUSSIA PA 19406-2726

SHAPIRO  DENARDO LLC
3600 HORIZON DRIVE
SUITE 150
KING OF PRUSSIA PA 19406-4702

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SHELLPOINT MORTGAGE SERVICING
CO MCCALLA RAYMER LEIBERT PIERCE LLC
BANKRUPTCY DEPARTMENT
1544 OLD ALABAMA ROAD
ROSWELL GA 30076-2102

SHELLPOINT MORTGAGE SERVICING
ATTN BANKRUPTCY
PO BOX 10826
GREENVILLE SC 29603-0826

REBECCA ANN SOLARZ
KML LAW GROUP PC
701 MARKET ST
SUITE 5000
PHILADELPHIA PA 19106-1541

STEELTON HIGHSPIRE SCHOOL DISTRIC
2700 HORIZON DRIVE SUITE 100
KING OF PRUSSIA PA 19406-2726

STEELTON HIGHSPIRE SCHOOL DISTRICT
CO PORTNOFF LAW ASSOCIATES LTD
PO BOX 3020
NORRISTOWN PA 19404-3020

STEELTON HIGHSPIRE SCHOOL DISTRICT AND
BOROU
CO PORTNOFF LAW ASSOCIATES LTD
PO BOX 3020
NORRISTOWN PA 19404-3020

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

US BANK TRUST NATIONAL ASSOCIATION AS
TRU
NEWREZ LLC DBA SHELLPOINT MORTGAGE
SERVI
BANKRUPTCY DEPARTMENT
PO BOX 10826
GREENVILLE SC 29603-0826

UNITED STATES TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG PA 17101-1722

VERIZON
VERIZON WIRELESS BK ADMIN
500 TECHNOLOGY DRIVE SUITE 550
WELDON SPRINGS MO 63304-2225

JAMES RANDOLPH WOOD
PORTNOFF LAW ASSOCIATES LTD
2700 HORIZON DRIVE
SUITE 100
KING OF PRUSSIA PA 19406-2726

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

info@pamd13trustee.com

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
(Asst. U.S. Trustee)

ustpregion03.ha.ecf@usdoj.gov

(Creditor)
U.S. Bank Trust National Association,
as Trustee of CVI LCF Mortgage Loan
Trust I, by its servicer NewRez LLC
d/b/a Shellpoint Mortgage Servicing
represented by:
Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

(Creditor)
Steelton-Highspire School District and
Borough of Steelton
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404
represented by:
James Randolph Wood
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406

jwood@portnoffonline.com

(Creditor)
Shellpoint Mortgage Servicing
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

(Creditor)
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(Former Trustee)

dehartstaff@pamd13trustee.com

(Creditor)
Dauphin County Tax Claim Bureau
PO Box 1295
2 South Second Street
Harrisburg, PA 17108-1295
represented by:
Ryan T Gonder
Dauphin County Admin Building
2 South Second Street, P.O. Box 1295
Harrisburg, PA 17101

rgonder@dauphinc.org

Stanley Charles Amey, Sr.
40 South 3rd Street
Steelton, PA 17113
(Debtor 1)
represented by:
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

gary.imblum@imblumlaw.com

(Creditor)
American First Finance
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702