**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:     STANLEY CHARLES AMEY, SR.
           AKA: STANLEY CHARLES AMEY, STAN C.
           AMEY


                    Debtor(s)
                                                    CHAPTER 13

           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                    Movant                          CASE NO: 1-20-03217-HWV

           vs.

           STANLEY CHARLES AMEY, SR.
           AKA: STANLEY CHARLES AMEY, STAN C.
           AMEY


                    Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on November 15, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:     November 15, 2021                  Respectfully submitted,


                                              /s/   James K. Jones, Esquire
                                              ID:  39031
                                              Attorney for Movant
                                              Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              8125 Adams Drive, Suite A
                                              Hummelstown, PA 17036
                                              Phone:  (717) 566-6097
                                              Fax:  (717) 566-8313
                                              eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    STANLEY CHARLES AMEY, SR.
           AKA: STANLEY CHARLES AMEY,
           STAN C. AMEY                          CHAPTER 13

                 Debtor(s)

           JACK N. ZAHAROPOULOS           CASE NO: 1-20-03217-HWV
           CHAPTER 13 TRUSTEE
                     Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

                December 8, 2021 at 09:35 AM
                Bankruptcy Courtroom
                Ronald Reagan Federal Bldg
                3rd Floor, 228 Walnut Street
                Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

             **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 1200.00**
                **AMOUNT DUE FOR THIS MONTH:  $525.00**
         **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $1725.00**

**NOTE:**
        **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

        **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

        If **submitting payment by U.S. First Class Mail** mail to**:**
            **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

          If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.   You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed

with the Court, or

3.	You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  November 15, 2021                                    eMail:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   STANLEY CHARLES AMEY, SR.
          AKA: STANLEY CHARLES AMEY,
          STAN C. AMEY

                       CHAPTER 13

          Debtor(s)

       JACK N. ZAHAROPOULOS         CASE NO: 1-20-03217-HWV
       CHAPTER 13 TRUSTEE
               Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 15, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties at Hummelstown, PA, unless served electronically.

Served Electronically

GARY J. IMBLUM, ESQUIRE                 UNITED STATES TRUSTEE
4615 DERRY STREET                     SUITE 1190
HARRISBURG, PA  17111-             228 WALNUT STREET
                                     HARRISBURG, PA  17101

Served by First Class Mail

STANLEY CHARLES AMEY, SR.
40 SOUTH 3RD STREET
STEELTON, PA  17113

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 15, 2021             Bobbie Weigel
                                for Jack N. Zaharopoulos, Trustee
                                Suite A, 8125 Adams Dr.
                                  Hummelstown, PA  17036
                                Phone:  (717) 566-6097
                                  eMail: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    STANLEY CHARLES AMEY, SR.
AKA: STANLEY CHARLES AMEY,
STAN C. AMEY

                 CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant               CASE NO: 1-20-03217-HWV

        vs.

STANLEY CHARLES AMEY, SR.      MOTION TO DISMISS
AKA: STANLEY CHARLES AMEY,
STAN C. AMEY

## ORDER DISMSSING CASE

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.