United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 20-03217-HWV
Stanley Charles Amey, Sr.     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Dec 13, 2021     Form ID: pdf010     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
|  | ATTN PAYROLL DEPARTMENT, DAL/DFAS GARNISHMENT LAW DIRECTORATE, ATTN: BANKRUPTCY, PO BOX 998002, CLEVELAND, OH 44199-8002 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Stanley Charles Amey Sr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor Steelton-Highspire School District and Borough of Steelton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank Trust National Association as Trustee of CVI LCF Mortgage Loan Trust I, by its servicer NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| Ryan T Gonder | on behalf of Creditor Dauphin County Tax Claim Bureau rgonder@dauphinc.org |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN RE: :
STANLEY CHARLES AMEY, SR. : CASE NO.: 1:20-bk-03217 HWV
a/k/a STAN C. AMEY :
a/k/a STANLEY CHARLES AMEY :
            Debtor : CHAPTER 13

### ORDER

     Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

     **IT IS THEREFORE ORDERED** that until further Order of this Court, the entity from whom the Debtor, Stanley Charles Amey, Sr., receives income:

                ATTN PAYROLL DEPARTMENT
           DAL/DFAS GARNISHMENT LAW DIRECTORATE
                   ATTN: BANKRUPTCY
                       PO BOX 998002
                 CLEVELAND, OH 44199-8002

(Please reference above case number on all payments)

deduct from said Debtor's income the sum of $258.47 from each bi-weekly paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor. Said sum is subject to periodic change as necessary. Said sum is to be sent to the Trustee until further notice of change from Debtor's counsel. Remit the deductible sums to:

                   JACK N. ZAHAROPOULOS
                    CHAPTER 13 TRUSTEE
                    POST OFFICE BOX 6008
                    MEMPHIS, TN 38101-6008

     **IT IS FURTHER ORDERED** that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefor.

     **IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

     **IT IS FURTHER ORDERED** that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

     **IT IS FURTHER ORDERED** that this Order supersedes previous orders made to the subject entity in this case.

     **IT IS FURTHER ORDERED** that this Order will terminate without further Order **forty nine months** from the date of this Order, if it is not terminated by an earlier Order from this Court or upon correspondence from Debtor's counsel or the Chapter 13 Trustee.

     **IT IS FURTHER ORDERED** that the employer shall modify the Wage Attachment in the future pursuant to instructions from Debtor's counsel to do so without the necessity of further Court Order.

Dated: December 13, 2021      By the Court,

                                          *Henry W. Van Eck*
                                  Henry W. Van Eck, Chief Bankruptcy Judge [CD]