IN THE UNITED STATES BANKRUPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE: ) | |
| STANLEY CHARLES AMEY, SR. ) | |
| AKA STAN C. AMEY ) | |
| AKA STANLEY CHARLES AMEY ) | CASE NO.: 1:20-bk-03217-HWV |
| ) | |
| DEBTOR ) | CHAPTER 13 |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, AS ) | JUDGE HENRY W. VAN ECK |
| TRUSTEE OF CVI LCF MORTGAGE LOAN ) | |
| TRUST I ) | 11 U.S.C. Section 362 |
| ) | |
| MOVANT ) | |
| ) | |
| STANLEY CHARLES AMEY, SR., DEBTOR ) | |
| AND JACK N ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certificate of Default of U.S. Bank National Association, as Trustee of CVI LCF Mortgage Loan Trust I, which was filed with this Court on or about **January 25, 2022, docket number 64.**

    Respectfully submitted,

    /s/ Joshua I. Goldman

    Joshua I. Goldman, Esq.
    Pennsylvania Bar #205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    (850) 422-2567 (facsimile)
    josh.goldman@padgettlawgroup.com
    *Counsel for Creditor*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 9th day of March 2022.

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**SERVICE LIST (CASE NO. 1:20-bk-03217-HWV)**

*DEBTOR*
STANLEY CHARLES AMEY, SR.
40 SOUTH 3RD STREET
STEELTON, PA 17113

*ATTORNEY FOR DEBTOR*
GARY J IMBLUM
IMBLUM LAW OFFICES, P.C.
4615 DERRY STREET
HARRISBURG, PA 17111
GARY.IMBLUM@IMBLUMLAW.COM

*TRUSTEE*
JACK N ZAHAROPOULOS (TRUSTEE)
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*U.S. TRUSTEE*
228WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101
USTPREGION03.HA.ECF@USDOJ.GOV