# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

April 27, 2023

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Stanley Charles Amey, Sr.
Chapter 13, Bankruptcy Case No. 1:20-bk-03217 HWV

Dear Clerk:

Please be advised that the address for Stanley Charles Amey, Sr. has changed to the following:

32 Woodmere Building
Middletown, PA 17057

The Debtor's <u>previous</u> address was as follows:

40 South Third Street
Steelton, PA 17113

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/bd

cc: Jack N. Zaharopoulos (Trustee)
Via E-Service