United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-03217-HWV |
| Stanley Charles Amey, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 10, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Christine M. Amey, 40 South 3rd Street, Steelton, PA 17113-2308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2023         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee of CVI LCF Mortgage Loan Trust I, by its servicer NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Stanley Charles Amey Sr. gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor Steelton-Highspire School District and Borough of Steelton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Joshua I Goldman | on behalf of Creditor U.S. Bank Trust National Association as Trustee of CVI LCF Mortgage Loan Trust I, by its servicer |

|  | NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
|---|---|
| Ryan T Gonder | on behalf of Creditor Dauphin County Tax Claim Bureau rgonder@dauphincounty.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE:<br>STANLEY CHARLES AMEY, SR.<br>AKA STAN C. AMEY<br>AKA STANLEY CHARLES AMEY | CASE NO.: 1:20-bk-03217-HWV |
| DEBTOR | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS<br>TRUSTEE OF CVI LCF MORTGAGE LOAN<br>TRUST I | JUDGE HENRY W. VAN ECK |
| MOVANT | |
| STANLEY CHARLES AMEY, SR., DEBTOR<br>AND JACK N ZAHAROPOULOS, TRUSTEE | |
| RESPONDENTS | |

## ORDER

Upon filing of a Certificate of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on April 23, 2021, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code; as amended by (the Bankruptcy Code), is modified as to the premises at 40 3rd Street, Steelton, PA 17113 so as to allow U.S. Bank National Association, as Trustee of CVI LCF Mortgage Loan Trust I, or its successor or assignees, to proceed with its rights and remedies under the terms of the mortgage and to pursue its in rem State court remedies, which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 10, 2023